# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| **IN THE MATTER OF** | * | |
| **LUIS SOTO RIOS AND BRENDA** | * | |
| **TOSADO ARVELO d/b/a** | * | |
| **FERRETEROS SOTO** | * | |
| **Plaintiffs** | * | Case # 08-01890(ESL) |
| | | Adv. # 09- 00063 |
| | | Chapter 11 |
| v, | * | |
| **BANCO POPULAR DE PUERTO RICO** | * | |
| | * | |
| **Defendant** | * | |

**********************************************

## PLAINTIFF'S STATEMENT OF MATERIAL UNCONTESTED FACTS

**TO THE HONORABLE COURT**

  **COMES NOW, PLAINTIFF ABOVE NAMED** represented by his undersigned counsel and pursuant to Fed. R. Bank . P. 9014, 70 56 and Fed. R. Civ. P 56 file the

following statement of uncontested fact in support of their motion for summary judgment;

1. Mr. Luis Soto Rico and Mrs. Brenda Tosado Arbelo filed the above referenced Chapter 11 Petition on March 29, 2008.

**2.** Debtor in Possession Luis Soto Rios and Brenda Tosado Arbelo are the owners of the following real property:

> *I. ----RUSTICA: Solar radicado en el Barrio Cacao, del término municipal de Quebradillas, Puerto Rico, con uan cabida superficial del 800.08 metro cuadrados. En lindes al Norte, en 34.10 metro con terrenos propiedad de Francisco Avila; por el Sur y Oeste, en 31.38 metros y 19.85 metros respectivamente, con el remanente de la finca principal de la cual se segrega propiedad de Miguel A. García y por el Este, en 31.00 metros con la carretera estatal #2. Enclava una estructura de dos plantas de concreto reforzado dedicada la parte inferior a comercio y su parte superior a vivienda.*
>
> *TRACTO: Es segregación de la finca 2061 inscrita al Folio 47 del Tomo 44 de Quebradillas.*
>
> *GRAVAMENES:*
>
> *Por su procedencia; Se encuentra libre de cargas.*
>
> *DOCUMENTOS PRESENTADOS:*
>
> *Al Asiento 1113 del Diario 296 se presentó el 18 de octubre de 2004 la escritura #328 de Hipoteca otorgada el 23 de septiembre de 2004 ante el notario Agustín F. Soto Hernández por la cual los titulares registrales*

*constituyen HIPOTECA sobre esta y otra propiedad en garantía de un pagaré a favor de Banco Popular de Puerto Rico por la suma de $165,000.00 respondiendo por $104,000.00 con intereses al Prime Rate anual y vencimiento a la presentación. Complementarios: N/A.*

*Al Asiento 1612 del Diario 299 se presentó el 30 de agosto de 2005 la escritura #283 de Hipoteca otorgada el 11 de agosto de 2005 ante el notario Agustín F. Soto Hernández por la cual los titulares registrales constituyen HIPOTECA sobre esta y otra propiedad en garantía de un pagaré a favor de Banco Popular de Puerto Rico por la suma de $220,000.00 respondiendo por $170,000.00 con intereses al Prime Rate anual y vencimiento a la presentación. Complementarios: N/A.*

II      RUSTICA:  Predio de terreno radicado en el Barrio Cacao, del término municipal de Quebradillas, Puerto Rico, con una cabida superficial de 1127.50 metros cuadrados, igual a 0.2868 cuerdas.  En lindes por el Norte, con Villa Julia, antes Francisco Avila; por el Sur, con solar letra A del plano de inscripción y predio de uso público; por el Este, con Rafael Valverde y por el Oeste, con Villa Julia, antes Francisco Avila.

*TRACTO:  Es segregación de la finca 1038 inscrita al Folio 27 del Tomo 19 de Quebradillas.*

*GRAVAMENES:*
*Por su procedencia: Se encuentra libre de cargas.*
*Por sí:*
*inscrita al Folio 51 vuelto del Tomo 44 de Quebradillas, inscripción 7ma. (246/240).*
*DOCUMENTOS PRESENTADOS:*
*Al Asiento 1113 del Diario 296 se presentó el 18 de octubre de 2004 la escritura #328 de Hipoteca otorgada el 23 de septiembre de 2004 ante el notario Agustín F. Soto Hernández por la cual los titulares registrales constituyeron HIPOTECA sobre esta y otra propiedad en garantía de un pagaré a favor de Banco Popular de Puerto Rico por la suma de $165,000.00 respondiendo por $61,000.00 con intereses al Prime Rate anual y vencimiento a la presentación. Complementarios: N/A.*

> *Al Asiento 1612 del Diario 299 se presentó el 30 de agosto de 2005 la escritura #283 de Hipoteca otorgada el 11 de agosto de 2005 ante el notario Agustín F. Soto Hernández por la cual los titulares registrales constituyen HIPOTECA sobre esta y otra propiedad en garantía de un pagaré a favor de Banco Popular de Puerto Rico por la suma de $220,000.00 respondiendo por $50,000.00 con intereses al Prime Rate anual y vencimiento a la presentación. Complementarios: N/A.*

III-RUSTICA: Remanente radicado en el Barrio Pueblo de Hatillo, Puerto Rico, compuesto de Seiscientos Cuarenta y Un Metros Cuadrados (641.00) de terreno. En lindes por el NORTE, con un área dedicada a Uso Púlico, por el SUR, con solar cinco (5); por el ESTE, con área dedicada a Uso Público y por el OESTE, con Inocencia Viuda de Arana. Es el resto de esta finca luego de reducidas las segregaciones que se indican al margen.

> *INSCRITA AL FOLIO 65, TOMO 346 de Hatillo, FINCA Número 3,466.*
> *PENDIENTE:*
> Asiento 1613, Diario 299

> *Escritura número 281, sobre Hipoteca otorgada en Aguadilla, Puerto Rico, el 11 de agosto de 2005, ante el notario Agustín F. Soto Hernández para que se inscriba Hipoteca a favor del Banco Popular de Puerto Rico, o a su orden por $19,000.00, con intereses ANew York Prime Rate, vencimiento a la presentación, Affidávit 11,564; $1,900.00 para costas, gastos y honorarios de abogados en caso de ejecución.*

3. The aforementioned deeds of mortgages were not recorded at the time of the filing of the petition.

4. The aforementioned deeds of mortgages have not been recorded post petition.

**RESPECFULLY SUBMITTED**

**In san Juan , Puerto Rico , this 20th day of August 2009**

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Bankruptcy Court using CM/ECF system which will send notification to the following:   US Trustee Office, and any other party which has requested notice.

    S/ANDRES J GARCIA- ARREGUI
    S/ ISABEL M FULLANA
    GARCIA- ARREGUI & FULLANA PSC
    252 PONCE DE LEON AVE
    SUITE 1101
HATO REY, PR 00918
TEL 787-766-2530
FAX787-756-7800
e-mail analluf@prtc.net